United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

        Plaintiff,

     v.

ALASKA AIRLINES, INC.,

        Defendant.

Case No. 25-cv-05487-NW

**JUDGMENT**

On March 5, 2026, the Court granted Defendant Alaska Airlines, Inc.'s motion to dismiss. ECF No. 61. Pursuant to that Order, Plaintiff Sergey Firsov's federal claim is dismissed with prejudice. Plaintiff's remaining claims are dismissed without prejudice to Plaintiff pursuing his state law claims in the appropriate venue. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment on Plaintiff's federal claim in favor of Defendant and against Plaintiff Sergey Firsov. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: March 17, 2026

Noël Wise
United States District Judge